**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-26005-RAR**

**HSA PGH, LLC**,
*d/b/a* **PALMETTO GENERAL HOSPITAL**, *et al.*,

Plaintiffs,

v.

**UMR, INC.**,

Defendant.
_______________________________________/

**ORDER REQUIRING REMOVAL STATUS REPORT**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Counsel for the removing party is directed to file and serve a Removal Status Report no later than **September 15, 2026**. In addition to the Removal Status Report, counsel for the removing party must file copies of all records and proceedings in the state court proceedings by the aforementioned date.

The Removal Status Report shall contain the following:

(1) A plain statement of the nature of the claim and any counterclaim, cross-claim or third-party claim made in state or federal court, including the amount of damages claimed and any other relief sought.

(2) A plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third-party claim.

(3) A list of all pending motions.

(4) A statement regarding whether the Defendant has removed the action within thirty (30) days after the receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is

based, or within thirty (30) days after service of summons upon the Defendant, if such initial pleading has then been filed in court and is not required to be served on the Defendant in the action.

If the removing party has provided some or all the information requested above, briefly summarize the information requested and direct the Court to the location of the information in the record. Failure of the removing party or parties to timely provide in the Removal Status Report the information requested above, or information required pursuant to 28 U.S.C. § 1446(a), may result in sanctions, including remand of this action without further notice.

Counsel for the removing party shall provide copies of this Notice to all concerned parties.

**DONE AND ORDERED** in Miami, Florida, this 1st day of September, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**