# Exhibit 2

# AMERICAN HEALTHCARE SYSTEMS CORP INC.
# GLENDALE CA

**Health Benefit Summary Plan Description**
**7670-03-417511**

**BENEFITS ADMINISTERED BY**

UMR℠

A UnitedHealthcare Company

# Table of Contents

INTRODUCTION ..... 1
PLAN INFORMATION ..... 2
MEDICAL SCHEDULE OF BENEFITS ..... 4
QUALIFIED HIGH DEDUCTIBLE HEALTH PLAN MEDICAL SCHEDULE OF BENEFITS ..... 13
QUALIFIED HIGH DEDUCTIBLE HEALTH PLAN MEDICAL SCHEDULE OF BENEFITS ..... 20
TRANSPLANT SCHEDULE OF BENEFITS ..... 27
TRANSPLANT SCHEDULE OF BENEFITS ..... 28
TRANSPLANT SCHEDULE OF BENEFITS ..... 29
PRESCRIPTION SCHEDULE OF BENEFITS ..... 30
PRESCRIPTION SCHEDULE OF BENEFITS ..... 32
PRESCRIPTION SCHEDULE OF BENEFITS ..... 34
OUT-OF-POCKET EXPENSES AND MAXIMUMS ..... 36
OUT-OF-POCKET EXPENSES AND MAXIMUMS ..... 38
ELIGIBILITY AND ENROLLMENT ..... 40
SPECIAL ENROLLMENT PROVISION ..... 44
TERMINATION ..... 46
COBRA CONTINUATION OF COVERAGE ..... 48
UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF 1994 ..... 56
PROTECTION FROM BALANCE BILLING ..... 57
PROVIDER NETWORK ..... 59
COVERED MEDICAL BENEFITS ..... 61
TELADOC SERVICES ..... 72
HOME HEALTH CARE BENEFITS ..... 75
TRANSPLANT BENEFITS ..... 76
PRESCRIPTION DRUG BENEFITS ..... 79
HEARING AID BENEFITS ..... 87
MENTAL HEALTH BENEFITS ..... 88
SUBSTANCE USE DISORDER AND CHEMICAL DEPENDENCY BENEFITS ..... 89
UMR CARE: CLINICAL ADVOCACY RELATIONSHIPS TO EMPOWER ..... 90
CENTERS OF EXCELLENCE ..... 94
COORDINATION OF BENEFITS ..... 95
RIGHT OF SUBROGATION, REIMBURSEMENT, AND OFFSET ..... 99
GENERAL EXCLUSIONS ..... 103
CLAIMS AND APPEAL PROCEDURES ..... 109
FRAUD ..... 119
OTHER FEDERAL PROVISIONS ..... 120

**HIPAA ADMINISTRATIVE SIMPLIFICATION MEDICAL PRIVACY AND SECURITY PROVISION ..... 122**
**STATEMENT OF ERISA RIGHTS ..... 126**
**PLAN AMENDMENT AND TERMINATION INFORMATION ..... 128**
**GLOSSARY OF TERMS ..... 129**

# AMERICAN HEALTHCARE SYSTEMS CORP INC.

# GROUP HEALTH BENEFIT PLAN

# SUMMARY PLAN DESCRIPTION

## INTRODUCTION

The purpose of this document is to provide You and Your covered Dependents, if any, with summary information in English on benefits available under this Plan, as well as with information on a Covered Person's rights and obligations under the AMERICAN HEALTHCARE SYSTEMS CORP INC. Group Health Benefit Plan (the "Plan"). You are a valued Employee of AMERICAN HEALTHCARE SYSTEMS CORP INC., and Your employer is pleased to sponsor this Plan to provide benefits that can help meet Your health care needs. Please read this document carefully and contact Your Human Resources or Personnel office if You have questions or if You have difficulty translating this document.

AMERICAN HEALTHCARE SYSTEMS CORP INC. is named the Plan Administrator for this Plan. The Plan Administrator has retained the services of independent Third Party Administrators to process claims and handle other duties for this self-funded Plan. The Third Party Administrators for this Plan are UMR, Inc. (hereinafter "UMR") for medical claims, and Optum Rx for pharmacy claims. The Third Party Administrators do not assume liability for benefits payable under this Plan, since they are solely claims-paying agents for the Plan Administrator.

The employer assumes the sole responsibility for funding the Plan benefits out of general assets; however, Employees help cover some of the costs of covered benefits through contributions, Deductibles, out-of-pocket amounts, and Plan Participation amounts as described in the Schedule of Benefits. All claim payments and reimbursements are paid out of the general assets of the employer and there is no separate fund that is used to pay promised benefits. The Plan is intended to comply with and be governed by the Employee Retirement Income Security Act of 1974 (ERISA) and its amendments.

Some of the terms used in this document begin with capital letters, even though such-terms normally would not be capitalized. These terms have special meaning under the Plan. Most capitalized terms are listed in the Glossary of Terms, but some are defined within the provisions in which they are used. Becoming familiar with the terms defined in the Glossary of Terms will help You to better understand the provisions of this Plan.

Each individual covered under this Plan will be receiving an identification card that they may present to providers whenever they receive services. On the back of this card are phone numbers to call in case of questions or problems.

This document contains information on the benefits and limitations of the Plan and will serve as both the Summary Plan Description (SPD) and Plan document. Therefore it will be referred to as both the SPD and the Plan document. It is being furnished to You in accordance with ERISA.

This document became effective on April 1, 2025.

## PLAN INFORMATION

| | |
|---|---|
| **Plan Name** | AMERICAN HEALTHCARE SYSTEMS CORP INC.<br>GROUP HEALTH BENEFIT PLAN |
| **Name And Address Of Employer** | AMERICAN HEALTHCARE SYSTEMS CORP INC.<br>505 N BRAND BLVD STE 100<br>GLENDALE CA 91203 |
| **Name, Address, And Phone Number Of Plan Administrator** | AMERICAN HEALTHCARE SYSTEMS CORP INC.<br>505 N BRAND BLVD STE 100<br>GLENDALE CA 91203<br>336-629-8893 |
| **Named Fiduciary** | AMERICAN HEALTHCARE SYSTEMS CORP INC. |
| **Claims Appeal Fiduciary For Medical Claims** | UMR |
| **Employer Identification Number Assigned By The IRS** | 87-1766041 |
| **Plan Number Assigned By The Plan** | 501 |
| **Type Of Benefit Plan Provided** | Self-funded Health and Welfare Plan providing group health benefits. |
| **Type Of Administration** | The administration of the Plan is under the supervision of the Plan Administrator. The Plan is not financed by an insurance company and benefits are not guaranteed by a contract of insurance. UMR provides administrative services such as claim payments for medical and pharmacy claims. |
| **Name And Address Of Agent For Service Of Legal Process** | JONATHAN BURKET<br>AMERICAN HEALTHCARE SYSTEMS CORP INC.<br>505 N BRAND BLVD STE 100<br>GLENDALE CA 91203 |
| **Funding Of The Plan** | Employer and Employee Contributions<br><br>Benefits are provided by a benefit Plan maintained on a self-insured basis by Your employer. |
| **Benefit Plan Year** | Benefits begin on April 1 and end on the following December 31. For new Employees and Dependents, a Benefit Plan Year begins on the individual's Effective Date and runs through December 31 of the same Benefit Plan Year. |
| **ERISA Plan Year** | January 1 through December 31 |

| | |
|---|---|
| **ERISA And Other Federal Compliance** | It is intended that this Plan comply with all applicable requirements of ERISA and other federal regulations. In the event of any conflict between this Plan and ERISA or other federal regulations, the provisions of ERISA and the federal regulations will be deemed controlling, and any conflicting part of this Plan will be deemed superseded to the extent of the conflict. |
| **Discretionary Authority** | The Plan Administrator will perform its duties as the Plan Administrator and, in its sole discretion, will determine appropriate courses of action in light of the reason and purpose for which this Plan is established and maintained. In particular, the Plan Administrator will have full and sole discretionary authority to interpret all Plan documents, including this SPD, and make all interpretive and factual determinations as to whether any individual is entitled to receive any benefit under the terms of this Plan. Any construction of the terms of any Plan document and any determination of fact adopted by the Plan Administrator will be final and legally binding on all parties, except that the Plan Administrator has delegated certain responsibilities to the Third Party Administrators for this Plan. Any interpretation, determination, or other action of the Plan Administrator or the Third Party Administrators will be subject to review only if a court of proper jurisdiction determines its action is arbitrary or capricious or otherwise a clear abuse of discretion. Any review of a final decision or action of the Plan Administrator or the Third Party Administrators will be based only on such evidence presented to or considered by the Plan Administrator or the Third Party Administrators at the time they made the decision that is the subject of review. Accepting any benefits or making any claim for benefits under this Plan constitutes agreement with and consent to any decisions that the Plan Administrator or the Third Party Administrators make, in their sole discretion, and further, means that the Covered Person consents to the limited standard and scope of review afforded under law. |