**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 26-CV-26005-RUIZ/Louis

HSA PGH, LLC d/b/a Palmetto General Hospital;
HSA CGH, LLC d/b/a Coral Gables Hospital;
HSA FMC, LLC d/b/a Florida Medical Center;
HSA NSMC, LLC d/b/a North Shore Medical Center;
HSA HH, LLC d/b/a Hialeah Hospital;
HSA GLENWOOD, LLC d/b/a Glenwood Regional Medical Center;
HSA PORT ARTHUR, LLC d/b/a Medical Center of Southeast Texas;
and HSA ST. JOSEPH, LLC d/b/a St. Joseph Medical Center,

Plaintiffs,

v.

UMR, INC.,

Defendant,

______________________________________________/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' AMENDED MOTION FOR TEMPORARY INJUNCTION**

Defendant, UMR, Inc. ("UMR"), by and through its undersigned counsel, files this Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Motion for Temporary Injunction, and states as follows:

1. On August 12, 2026, Plaintiffs, HSA PGH, LLC; HSA CGH, LLC; HSA FMC, LLC; HSA NSMC, LLC; HSA HH, LLC; HSA Glenwood, LLC; HSA Port Arthur, LLC; and HSA St. Joseph, LLC (collectively, "Plaintiffs") filed a two-count Complaint for declaratory and injunctive relief against UMR in Miami-Dade County, Florida: *HSA PGH, LLC, et al. v. UMR, Inc.*, No. 2026-016309-CA-01 (Fla. 11th Jud. Cir.). (ECF No. 1 at 20.)

2. On August 13, 2026, Plaintiffs filed an Ex-Parte Emergency Motion for Temporary Restraining Order and Temporary Injunction. (*Id.* at 40.)

3. On August 14, 2026, the state court entered an Order on Plaintiffs' Ex Parte Emergency Motion for Temporary Restraining Order and Temporary Injunction. (*Id.* at 67.)

4. On August 26, 2026, Plaintiffs filed their Amended Complaint, which is now the operative pleading. (*Id.* at 106.)

5. On August 27, 2026, Plaintiffs filed their Verified Amended Emergency Motion for Temporary Injunction. ("Amended Motion") (*Id.* at 126.)

6. On August 31, 2026, UMR removed the case to this Court. (ECF No. 1.)

7. UMR's response to the Amended Motion is currently due **September 14, 2026**. *See* S.D. Fla. L.R. 7.2. ("If there is a motion pending upon transfer or removal for which the moving party has not submitted a memorandum in support, the moving party shall file and serve such memorandum within fourteen (14) days after the filing of the notice of removal or the entry of the order or transfer.")

8. During its conferral with Plaintiffs' counsel over UMR's Motion to Compel Arbitration (ECF No. 8), Plaintiffs' counsel advised of Plaintiffs' intent to file a second amended motion for injunctive relief. On September 10, Plaintiffs' counsel indicated the second amended motion would be filed by September 11.

9. Any amended motion for injunctive relief would moot the Amended Motion and obviate the need for UMR to respond by September 14.

10. UMR has conferred with Plaintiffs' counsel who does not oppose extending the deadline for UMR's response to the Amended Motion to September 16, 2026. (This deadline would be moot upon Plaintiffs' filing of the proposed amended motion.)

11. Nothing in this Motion, and no extension or scheduling relief granted pursuant to it, shall constitute or be deemed a waiver of, or otherwise prejudice, any of UMR's rights, claims, defenses, or objections, including, without limitation, UMR's Motion to Compel Arbitration and to stay these proceedings under the Federal Arbitration Act, all of which UMR expressly reserves.

WHEREFORE, UMR respectfully request that the Court extend UMR's deadline to respond to the Amended Motion to September 16, 2026.[1] A proposed order is attached as **Exhibit A** and will be submitted in Word format in accordance with the CM/ECF guidelines.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Irene Bassel Frick*
**Irene Bassel Frick, Esq.**
Florida Bar No.: 0158739
Primary: irene.basselfrick@akerman.com
Secondary: nicole.emmett@akerman.com
**Neema Mathew Monfared, Esq.**
Florida Bar No. 1035991
Primary: neema.monfared@akerman.com
Secondary: marykay.siegel@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone (813) 223-7333

**Alexandra M. Mora, Esq.**
Florida Bar No: 052368
E-mail: alexandra.mora@akerman.com
Secondary E-mail: marylin.herrera@akerman.com
**Scott E. Allbright, Jr.**
Florida Bar No.: 102958
Primary: scott.allbright@akerman.com
Secondary: debra.atkinson@akerman.com
**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 SE Seventh Street Miami, Florida 33131
Telephone: (305) 374-5600

[1] Plaintiffs' reply would be due in the normal course under Local Rule 7.1(c). Alternatively, if Plaintiffs file a new motion, that would moot the Amended Motion, and any response would be due 14 days thereafter. L.R. 7.1(c).

**Allison P. Gallagher, Esq.**
Florida Bar No.: 808911
Primary: allison.gallagher@akerman.com
Secondary: nicole.emmett@akerman.com
**AKERMAN LLP**
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-4000

*Counsel for Defendant, UMR, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed via CM/ECF on September 10, 2026.

*/s/ Irene Bassel Frick*
**Irene Bassel Frick, Esq.**
Florida Bar No.: 0158739