**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-26005-RAR**

**HSA PGH, LLC**,
*d/b/a* **PALMETTO GENERAL HOSPITAL**, *et al.*,

Plaintiffs,

v.

**UMR, INC.**,

Defendant.
______________________________________________/

**ORDER REQUIRING JOINT SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **October 9, 2026**. In addition, by **October 9, 2026**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2025.

______________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.