UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-CV-26005-XXXX

HSA PGH, LLC d/b/a Palmetto General Hospital; HSA CGH, LLC d/b/a Coral Gables Hospital; HSA FMC, LLC d/b/a Florida Medical Center; HSA NSMC, LLC d/b/a North Shore Medical Center; HSA HH, LLC d/b/a Hialeah Hospital; HSA GLENWOOD, LLC d/b/a Glenwood Regional Medical Center; HSA PORT ARTHUR, LLC d/b/a Medical Center of Southeast Texas; and HSA ST. JOSEPH, LLC d/b/a St. Joseph Medical Center,

Plaintiffs,

vs.

UMR, INC.,

Defendant.
_____________________________________________/

**PLAINTIFFS' NOTICE OF WITHDRAW AND NOTICE OF STRIKING OF D.E. 15 FROM THE DOCKET DUE TO ERROR**

Plaintiffs', by and through undersigned counsel, pursuant to the Clerk's Notice to Filer entered on September 25, 2026 [D.E. 18], respectfully moves to withdraw and strike the Docketed Entry filed by Counsel for Plaintiffs "Motion to Compel Arbitration and to Stay Proceedings, and in the Alternative, to Dismiss the Amended Complaint, and Incorporated Memorandum of Law" in error [D.E. 15]. Counsel for Plaintiffs filed the corrected entry "Motion for Extension of Time extension of time to respond re 8 MOTION to Compel *Arbitration and to Stay Proceedings, and in the Alternative, to Dismiss the Amended Complaint, and Incorporated Memorandum of Law"* in [D.E. 16]. Plaintiffs request that D.E. 15 is withdrawn and stricken from the Docket, and requests the Court to grant other such relief the Court deems just and proper.

Respectfully submitted,
***/s/ Alex John Saiz***
Alex John Saiz, Esq.
Fla. Bar. No.: 093011
Alex@wvglegal.com
Wahid Vizcaino Geller, PLLC
2103 Coral Way, Suite 401
Miami, FL 33145
(305)444-4303
(305)444-4302 Fax

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing document was electronically served on all counsel of record via transmission of a Notice of Electronic Filing (or "NEF") generated by CM/ECF on this 30th day of September 2026.

Respectfully submitted,

***/s/ Alex John Saiz***
Alex John Saiz, Esq.
Fla. Bar. No.: 093011
Alex@wvglegal.com
Wahid Vizcaino Geller, PLLC
2103 Coral Way, Suite 401
Miami, FL 33145
(305)444-4303
(305)444-4302 Fax

**Counsel for Plaintiffs**