**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 26-CV-26005-RAR

HSA PGH, LLC d/b/a Palmetto General Hospital;
HSA CGH, LLC d/b/a Coral Gables Hospital;
HSA FMC, LLC d/b/a Florida Medical Center;
HSA NSMC, LLC d/b/a North Shore Medical Center;
HSA HH, LLC d/b/a Hialeah Hospital;
HSA GLENWOOD, LLC d/b/a Glenwood Regional Medical Center;
HSA PORT ARTHUR, LLC d/b/a Medical Center of Southeast Texas;
and HSA ST. JOSEPH, LLC d/b/a St. Joseph Medical Center,

Plaintiffs,

v.

UMR, INC.,

Defendant.
______________________________________________________/

**UMR'S NOTICE OF FILING DECLARATION OF MONICA DAVIS MORRIS**

Defendant, UMR, Inc. hereby gives notice of filing the Declaration of Monica Davis Morris, with exhibits, in support of Defendant's Motion to Compel Arbitration and Stay Proceedings. (Doc. 28.)

Dated: October 23, 2026

Respectfully submitted,

*/s/ Irene Bassel Frick*
**Irene Bassel Frick, Esq.**
Florida Bar No.: 0158739
Primary: irene.basselfrick@akerman.com
Secondary: nicole.emmett@akerman.com
**Neema Mathew Monfared, Esq.**
Florida Bar No. 1035991
Primary: neema.monfared@akerman.com
Secondary: marykay.siegel@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone (813) 223-7333

**Scott E. Allbright, Jr.**
Florida Bar No.: 102958
Primary: scott.allbright@akerman.com
Secondary: debra.atkinson@akerman.com
**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 SE Seventh Street Miami, Florida 33131
Telephone: (305) 374-5600

**Allison P. Gallagher, Esq.**
Florida Bar No.: 808911
Primary: allison.gallagher@akerman.com
Secondary: nicole.emmett@akerman.com
**AKERMAN LLP**
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-4000

*Counsel for Defendant, UMR, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF and served on all parties listed below via CM/ECF on October 23, 2026.

*/s/ Irene Bassel Frick*
**Irene Bassel Frick, Esq.**
Florida Bar No.: 0158739

**SERVICE LIST**

David Geller, Esq.
Florida Bar No.: 28976
david@wvglegal.com
Wahid Vizcaino Geller, PLLC
2103 Coral Way, Suite 401
Miami, FL 33145
(305) 444-4303 Telephone
(305) 444-4302 Fax
*Counsel for Plaintiffs*