**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 26-cv-26005-RAR

HSA PGH, LLC d/b/a Palmetto General Hospital; HSA CGH, LLC d/b/a Coral Gables Hospital; HSA FMC, LLC d/b/a Florida Medical Center; HSA NSMC, LLC d/b/a North Shore Medical Center; HSA HH, LLC d/b/a Hialeah Hospital; HSA GLENWOOD, LLC d/b/a Glenwood Regional Medical Center; HSA PORT ARTHUR, LLC d/b/a Medical Center of Southeast Texas; and HSA ST. JOSEPH, LLC d/b/a St. Joseph Medical Center,

Plaintiffs,

v.

UMR, INC.,

Defendant.

_______________________________________/

**DECLARATION OF MONICA DAVIS MORRIS**

I, Monica Davis Morris, declare as follows:

## I. Background and Qualifications

1. I make this declaration based on my personal knowledge and am competent to testify to the matters stated herein.

2. I am employed as Director of Account Management at UMR, Inc.

3. At UMR, I was responsible for the American Healthcare Systems Corp., Inc. ("AHS") account since January 1, 2025.

4. In that capacity, I was directly involved in supporting the administration of the account, communicating with AHS and its representatives, and overseeing the claims

administration services provided under Administrative Services Agreement No. 00100777.0 ("Services Agreement") described below.

5. I have personal knowledge of the facts stated in this declaration based on my direct involvement in managing the AHS account, my review of business records maintained by UMR in the ordinary course of its business, and my direct communications with AHS, its affiliates, brokers, and other relevant parties.

## II. The Administrative Services Agreement and the Health Plan

6. UMR and AHS entered into the Services Agreement effective January 1, 2025 for UMR to provide health claims administration services for the self-funded health plan sponsored by AHS for its employees—the American Healthcare Systems Corp Inc. Group Health Benefit Plan (the "Plan"). A true and correct redacted and excerpted copy of the Services Agreement is attached as **Exhibit A.** The Services Agreement is a record made or maintained in the ordinary course of UMR's regularly conducted business activity.

7. UMR was initially apprised that AHS was comprised of four hospitals: Randolph Health, Gateway Regional Medical Center, Vista Health System and Sherman Medical Center. The self-funded health Plan sponsored by AHS, which covered employees at all four hospitals, was assigned group number 76-417511. There were separate bank accounts set up for AHS based on the four separate hospitals to deposit funds to pay health claims and expenses.

8. However, as of the Effective Date of the Services Agreement, there was only one Plan document that was prepared and provided by UMR, it was a Summary Plan Description ("January SPD") effective January 1, 2025. A true and correct excerpted copy of the January SPD is attached here as **Exhibit B**. The January SPD identifies AHS as the Plan Sponsor, the Plan

Administrator, and the Named Fiduciary, and UMR as the third party administrator for medical claims.

9. As a reported affiliate of AHS, Healthcare Systems of America Corp., Inc. ("HSA") was added to the AHS account, effective April 1, 2025. No separate administrative services agreement was entered into between HSA and UMR, and the existing Services Agreement continued to apply.

10. UMR was advised that HSA was comprised of eight hospitals and at least three physician groups, HSA Louisiana Physician Group, Inc., HSA Florida Physician Group, Inc., and Sherman MD Providers, Inc.

11. A new Summary Plan Description, effective April 1, 2025, a true and correct excerpted copy of which is attached here as **Exhibit C** (the "April SPD") was prepared providing for the participation of HSA employees in the Plan. The April SPD, like the January SPD, specifies AHS is the Plan Sponsor, the Plan Administrator, and the Named Fiduciary, and UMR is the third party administrator for medical claims.

12. There is only one assigned group number, self-funded health Plan group number 76-417511, for the Plan.

13. Although HSA was comprised of eight hospitals and various physician groups, only one bank account was set up within which to deposit funds to pay health claims and expenses. The decision of how, and how many, bank accounts were set up was a decision by AHS and HSA.

14. It is my understanding that Plaintiffs HSA PGH, LLC, HSA CGH, LLC, HSA FMC, LLC, HSA NSMC, LLC, HSA HH, LLC, HSA Glenwood, LLC, HSA Port Arthur, LLC, and HSA St. Joseph, LLC are subsidiaries of HSA. While the self-funded health Plan for AHS and HSA has the same group number, there are two assigned plan numbers—7670-00-417511 for AHS

and 7670-03-417511 for HSA—because UMR's services commenced on two different effective dates. When health claims are submitted by providers to UMR, they are submitted under group number 76-417511, regardless of whether they are AHS or HSA claims.

15. Plaintiffs, through their authorized representatives, provided UMR with employee-eligibility information, funded the applicable benefits account, and accepted UMR's services for their employees and dependents.

## III. Termination of the Services Agreement

16. At various times between January 1, 2025 through July 31, 2026, the various bank accounts under the Services Agreement would become underfunded.

17. Due to AHS/HSA's failure to fund claims, UMR exercised its contractual right to terminate the Services Agreement. The original termination letter was dated June 1, 2026 and stated the Services Agreement would terminate "at the end of business on Tuesday, June 30, 2026." A true and correct copy of that letter is attached as **Exhibit D**. I did not receive, nor am I aware of, any response to that letter asserting that the Services Agreement did not govern the services UMR was providing.

18. On June 3, 2026, and at Plaintiffs' request, UMR granted a 30-day extension of the termination date to August 1, 2026. This extension was conditioned on AHS/HSA providing weekly funding of $2,000,000 and bringing all balances current, which AHS/HSA failed to do for all members of the group. A true and correct copy of the email communicating this extension is attached as **Exhibit E**.

19. UMR's services terminated under the Services Agreement as of August 1, 2026.

20. On August 4, 2026, UMR sent a letter concerning the Services Agreement and the provision of run-out services, addressed to American Healthcare Systems Corp Inc., attention Mike

Sarian, Chief Executive Officer, and to Healthcare Systems of America, attention Faisal Gill, Chief Executive Officer. A true and correct copy of that letter is attached as **Exhibit F**. Exhibit F is a record made or maintained in the ordinary course of UMR's regularly conducted business activity.

21. On August 4 and August 5, 2026, UMR and Mr. Gill exchanged electronic mail bearing the subject "UMR Run-Out," on which I was copied. A true and correct copy of that electronic mail chain, which includes UMR's transmittal of the letter attached as Exhibit F, is attached as **Exhibit G**. Exhibit G is a record made or maintained in the ordinary course of UMR's regularly conducted business activity.

22. As of October 1, 2026, 35,000 health claims submitted pursuant to the Plan remain unprocessed with total billed charges of approximately $45.5 million.

**28 U.S.C § 1746 Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October _22_, 2026

[signature]

Monica Davis Morris
Director of Account Management