# EXHIBIT F

UMR
A UnitedHealthcare Company

**Kimberly Hiatt**
*Sr. Associate General Counsel*
*400 E. Business Way*
*Cincinnati, Ohio 45241*
*513-619-3271*
*khiatt@umr.com*

August 4, 2026

American Healthcare Systems Corp Inc.
Attn: Mike Sarian, CEO

Healthcare Systems of America
ATTN: Faisal Gill, CEO

Sent via email to: fgill@hsahospitals.com
mikesarian@yahoo.com

Re: Termination Notice of the Administrative Services Agreement between UMR, Inc. and American Healthcare Systems Corp Inc.

Dear Mr. Gill and Mr. Sarian,

As per our prior notice, the Administrative Services Agreement ("Agreement") between UMR, Inc. ("UMR") and the American Healthcare Systems Corp Inc. ("Customer"), entered into on the first of January 2025 ("Effective date") has been terminated effective August 1, 2026. This notice serves to confirm agreement regarding the provision of run-out services based on the conditions stated below, and as applied to all benefit plans subject to the terms of the Agreement.

- UMR agrees to provide run-out services for all claims incurred prior to the termination date, up to six months following termination of the ASA.
- Customer agrees to provide funding of $2 Million per week beginning 8/06/2026.
- Funding will be made available in the claims account by end of business every Thursday.
- UMR shall process and release all claims for all benefit plans in order of date received.
- All terms and conditions of the ASA will continue to apply to the run-out services.

Failure to comply with these terms will be considered a material breach and will result in immediate termination of services, to be effective by the end of the business day at the time the breach occurs.

Please contact your account management team immediately to confirm agreement with these conditions and to finalize any details regarding appropriate steps for claims funding.

Very truly yours,

K. Hiatt

Kimberly Hiatt
Sr. Associate General Counsel
Employer & Individual Organization

Cc: Christopher J. Feneli, Managing Director, NFP, an Aon company
Jeremy Litton, Vice President, NFP, an Aon company
Monica Davis Morris, Director, UMR, Inc.
Helmut Braun, UMR, Inc.