# EXHIBIT G

**Archived:** Tuesday, October 20, 2026 2:54:05 PM
**From:** Faisal Gill
**Email received:** Wed, 5 Aug 2026 15:29:38
**Sent:** Wed, 5 Aug 2026 15:29:24
**To:** Hiatt, Kimberly M
**Cc:** Davis Morris, Monica
**Subject:** RE: UMR Run-Out
**Importance:** Normal
**Sensitivity:** None

---

**Caution: External email. Do not open attachments or click on links if you do not recognize the sender.**

Just to be clear the $2 million dollars is for HSA Claims and HSA Claims only.

---

**From:** Hiatt, Kimberly M
**Sent:** Wed, 5 Aug 2026 15:02:23 +0000
**To:** fgill@hsahospitals.com, mikesarian@yahoo.com
**Cc:** Davis Morris, Monica, Braun, Helmut M, Jones, Ryan, jlitton@nfp.com, chris.feneli@nfp.com
**Subject:** RE: UMR Run-Out

Mr. Gill, in consideration of your agreement to be solely responsible for the terms of run-out, UMR will agree to move forward with providing run out services. Please confirm with UMR once the initial $2M has been sent.

**Kimberly Hiatt**
Senior Associate General Counsel
Employer and Individual Organization
(513) 619-3271

---

**From:** Faisal Gill via Proofpoint
**Sent:** Tuesday, August 4, 2026 8:28 PM
**To:** Hiatt, Kimberly M ; mikesarian@yahoo.com
**Cc:** Davis Morris, Monica ; Braun, Helmut M ; Jones, Ryan ; jlitton@nfp.com; chris.feneli@nfp.com; fgill@hsahospitals.com
**Subject:** RE: UMR Run-Out

**Caution: External email. Do not open attachments or click on links if you do not recognize the sender.**

As disccused, HSA is committing to paying $2 million per week.

---

**From:** Hiatt, Kimberly M
**Sent:** Tue, 4 Aug 2026 16:10:47 +0000
**To:** fgill@hsahospitals.com, mikesarian@yahoo.com
**Cc:** Davis Morris, Monica, Braun, Helmut M, Jones, Ryan, jlitton@nfp.com, Chris Feneli
**Subject:** UMR Run-Out

See attached UMR's proposal for providing run-out services. Please provide confirmation by the end of business today.

**Kimberly Hiatt**
Senior Associate General Counsel
Employer and Individual Organization
(513) 619-3271

*--SecureDelivery--*
This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.
This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or intended recipient's authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.