**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 26-CV-26005-RUIZ/Louis

HSA PGH, LLC d/b/a Palmetto General Hospital;
HSA CGH, LLC d/b/a Coral Gables Hospital;
HSA FMC, LLC d/b/a Florida Medical Center;
HSA NSMC, LLC d/b/a North Shore Medical Center;
HSA HH, LLC d/b/a Hialeah Hospital;
HSA GLENWOOD, LLC d/b/a Glenwood Regional Medical Center;
HSA PORT ARTHUR, LLC d/b/a Medical Center of Southeast Texas;
and HSA ST. JOSEPH, LLC d/b/a St. Joseph Medical Center,

Plaintiffs,

v.

UMR, INC.,

Defendant,
_______________________________________/

**JOINT NOTICE OF MEDIATOR SELECTION AND MOTION FOR EXTENSION OF TIME TO FILE PROPOSED ORDER SCHEDULING MEDIATION**

Plaintiffs HSA PGH, LLC d/b/a Palmetto General Hospital, HSA CGH, LLC d/b/a Coral Gables Hospital, HSA FMC, LLC d/b/a Florida Medical Center, HSA NSMC, LLC d/b/a North Shore Medical Center, HSA HH, LLC d/b/a Hialeah Hospital, HSA GLENWOOD, LLC d/b/a Glenwood Regional Medical Center, HSA PORT ARTHUR, LLC d/b/a Medical Center of Southeast Texas, and HSA ST. JOSEPH, LLC d/b/a St. Joseph Medical Center (collectively, "HSA" or "Plaintiffs") and Defendant UMR, Inc. ("UMR" or "Defendant") file this Joint Notice of Mediator Selection and Motion for Extension of Time to File Proposed Order Scheduling Mediation, and state as follows:[1]

---

[1] This request is made without prejudice to UMR's pending motion to compel arbitration. (Doc. 28.)

1. On August 31, 2026, UMR removed this action to this Court. (Doc. 1.)

2. On October 9, 2026, the Parties filed their Joint Scheduling Report. (Doc. 25.)

3. On October 9, 2026, the Court issued its Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (the "Scheduling Order"), which was entered on the docket on October 13, 2026. (Doc. 26.)

4. The Scheduling Order requires that, by October 30, 2026, the Parties "select a mediator in accordance with Local Rule 16.2; schedule a time, date, and place for mediation; and jointly file a proposed order scheduling mediation via CM/ECF in the form specified on the Court's website." (*Id.* at 1.)

5. Since entry of the Scheduling Order, the Parties have been conferring about the selection of a mediator. UMR proposed choices for Plaintiffs' consideration. Plaintiffs responded with another option on October 30, to which UMR agreed: **Hon. Alan S. Fine (Ret.)**.

6. However, the Parties require additional time to reach agreement on a time, date, and place for the mediation.

7. Accordingly, the Parties respectfully request a seven (7) day enlargement of the October 30, 2026 deadline, through and including November 6, 2026.

8. Good cause exists here. This Motion is filed before the expiration of the deadline. The Parties have agreed to a mediator and the requested enlargement will allow them to complete the scheduling process by agreement.

9. This is the first request to enlarge this deadline. The requested enlargement is modest, is sought in good faith and not for purposes of delay, and will not prejudice any party. Nor will it affect any other deadline in the Scheduling Order, including the June 1, 2027 deadline to complete mediation and file a mediation report and the trial period beginning September 20, 2027.

**WHEREFORE**, the Parties respectfully request that the Court grant this Motion and extend the deadline for the Parties to schedule a time, date, and place for mediation, and to file a proposed order scheduling mediation, from October 30, 2026 to November 6, 2026. A proposed order is attached as **Exhibit A** and will be submitted in Word format in accordance with the CM/ECF guidelines.

Dated: October 30, 2026

*/s/ David Geller*
David Geller, Esq.
Florida Bar No. 28976
david@wvglegal.com

Khurrum Wahid, Esq.
Florida Bar No. 178764
khurrum@wvglegal.com

Alex Saiz, Esq.
Florida Bar No. 093011
alex@wvglegal.com

WAHID VIZCAINO GELLER, PLLC
2103 Coral Way, Suite 401
Miami, Florida 33145
Telephone: (305) 444-4303
Facsimile: (305) 444-4302

Counsel for Plaintiffs

*/s/ Irene Bassel Frick*
Irene Bassel Frick, Esq.
Florida Bar No.: 0158739
irene.basselfrick@akerman.com
nicole.emmett@akerman.com
Neema Mathew Monfared, Esq.
Florida Bar No. 1035991
neema.monfared@akerman.com
marykay.siegel@akerman.com
AKERMAN LLP
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333

Allison P. Gallagher, Esq.
Florida Bar No.: 808911
allison.gallagher@akerman.com
nicole.emmett@akerman.com
AKERMAN LLP
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-4000

Scott E. Allbright, Jr., Esq.
Florida Bar No.: 102958
scott.allbright@akerman.com
debra.atkinson@akerman.com
AKERMAN LLP
Three Brickell City Centre, Suite 1100
98 SE Seventh Street
Miami, Florida 33131
Telephone: (305) 374-5600

Counsel for Defendant, UMR, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed via CM/ECF on October 30, 2026.

/s/ Irene Bassel Frick
Irene Bassel Frick, Esq.
Florida Bar No.: 0158739