UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-CV-26005-RUIZ

HSA PGH, LLC d/b/a Palmetto General Hospital; HSA CGH, LLC d/b/a Coral Gables Hospital; HSA FMC, LLC d/b/a Florida Medical Center; HSA NSMC, LLC d/b/a North Shore Medical Center; HSA HH, LLC d/b/a Hialeah Hospital; HSA GLENWOOD, LLC d/b/a Glenwood Regional Medical Center; HSA PORT ARTHUR, LLC d/b/a Medical Center of Southeast Texas; and HSA ST. JOSEPH, LLC d/b/a St. Joseph Medical Center,

Plaintiffs,

vs.

UMR, INC.,

Defendant.
_____________________________________/

**UNOPPOSED PLAINTIFFS's MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT UMR, INC'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

Plaintiffs HSA PGH, LLC, HSA CGH, LLC, HSA FMC, LLC, HSA NSMC, LLC, HSA GLENWOOD, LLC, HSA PORT ARTHUR, LLC, and HSA ST. JOSEPH, LLC (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), files this motion for extension of time to respond to the Defendant UMR, INC.'s ("UMR") MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS [DE 28]. In support, Plaintiffs states:

1. Defendant UMR filed its MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS [DE 28] on October 23, 2023 ("Defendant's Motion to Compel").
2. Plaintiff's response is due on November 6, 2026.

3. Plaintiffs have been diligently reviewing Defendant UMR's Motion to Compel, however, the undersigned is in need of seven additional days to properly respond to Defendant's Motion to Compel.
4. Extending the deadline will not unduly delay this case or prejudice the Defendant.
5. Prior to filing this motion, the co-counsel David Geller, Esq., of the undersigned, reached out to Defendant's counsel and had a phone conversation about this motion. Counsel for Defendant has no objection to an extension of time of seven days.

WHEREFORE, Plaintiffs request that the Court grant Plaintiffs an additional seven days to file their response to Defendant UMR's MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS, and for such other orders as the Court deems appropriate.

Khurrum Wahid, Esq.
WAHID VIZCAINO GELLER LLP
2103 Coral Way, Suite 401
Miami, Florida 33145
khurrum@wvmlawfirm.com
khurrum@wvglegal.com
(305)444-4303
(305)444-4302

**__/s/ Khurrum Wahid__**
Counsel for Plaintiff
Florida Bar 178764

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2026, a true and correct copy of the foregoing was filed with the Court and to the Clerk of Court via ECF.

**/s/Khurrum Wahid**
Khurrum Wahid, Esq.
WAHID VIZCAINO GELLER
PLLC
2103 Coral Way, Suite 401
Miami, Florida 33145
khurrum@wvmlawfirm.com

khurrum@wvglegal.com
(305)444-4303
(305)444-4302

**/s/ Khurrum Wahid**
Counsel for Plaintiff
Florida Bar 178764